## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil Action No.: 19-01746 (JEB) |

## DEFENDANT UNITED STATES'
## MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

Defendant United States of America respectfully requests that the Court continue the Initial Scheduling Conference currently scheduled for January 16, 2020. The Parties have conferred and counsel for the Plaintiff states that Plaintiff consents to the requested relief. Counsel for Defendant District of Columbia likewise states that the District consents to the requested relief.

There is good cause to grant the requested relief. The Court recently set the Initial Scheduling Conference for January 16, 2020. *See* Min. Order (Dec. 19, 2019). Counsel for the United States is currently scheduled to be in depositions for the entire week of January 13 – 17. These depositions involve out-of-state counsel and witnesses and it will be difficult to reschedule them to allow the undersigned to attend an Initial Scheduling Conference on January 16. Accordingly, Defendant United States respectfully requests that the Court continue the Conference to a later date.

The Parties have conferred and they are available to participate in the Initial Scheduling Conference on any of the following dates: (1) January 27; (2) February 4; or (3) February 6.

December 19, 2019                                   Respectfully submitted,

                                                          JESSIE K. LIU

        D.C. BAR #472845
        United States Attorney

        DANIEL F. VAN HORN
        D.C. BAR #924092
        Chief, Civil Division

By:   */s/ Brian J. Field*
        BRIAN J. FIELD
        D.C. BAR #985577
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Tel: (202) 252-2551
        E-mail: Brian.Field@usdoj.gov