UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAHTAB ARSANJANI, *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants.* | C. A. No. 1:19-cv-01746 (JEB) |

## DEFENDANT DISTRICT OF COLUMBIA'S RULE 26 INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant the District of Columbia (the District) hereby submits the following initial disclosures.

These disclosures include the names of individuals likely to have discoverable information relevant to the District's defense and documents and tangible things in the District's custody that may be used in its defense against Plaintiff's claims. The District specifically reserves the right to supplement these disclosures and/or identify and produce additional evidence as it becomes available or as necessary, up until the date of trial.

**I.    Disclosure of Names Pursuant to Rule 26 (a)(1)(A)(i)[1]**

1. Plaintiff Mahtab Arsanjani.

2. Nicholas R. Ragucci, Firefighter/Paramedic, District of Columbia Fire and Emergency Medical Services Department, 439 New Jersey Avenue, N.W., E-3-2, (202) 673-3203: Fact witness (treatment rendered to Plaintiff on scene and/or thereafter).

3. Travone A. Bray, Firefighter/Emergency Medical Technician, District of Columbia Fire and Emergency Medical Services Department, 1101 Half Street, S.W.,

---

[1] All communications with District employees should be made through the undersigned counsel.

      Washington, D.C. 20024, (202) 673-3207: Fact witness (treatment rendered to Plaintiff on scene and/or thereafter).

4. All Metropolitan Police Department members who responded to the scene of the incident and may be identified during discovery.

5. All District employees with information about any occurrence alleged in Plaintiff's Amended Complaint.

6. All of Plaintiff's treating physicians and nurses.

7. All witnesses identified by Plaintiff during discovery.

8. All witnesses identified by the United States of America during discovery.

## II. Disclosure of Documents Pursuant to Rule 26 (a)(1)(A)(ii)

1. District of Columbia Fire and Emergency Medical Services Department Patient Report for Mahtab Arsanjani.

2. Office of Unified Communications Background Event Chronology.

3. Weather History, Sunday, June 19, 2016, provided by District of Columbia Department of Transportation.

## III. Disclosure of Damages Pursuant to Rule 26(a)(1)(A)(iii)

The District reserves the right to seek fees and costs, which cannot be calculated prior to the resolution of this matter

## IV. Disclosure of Any Applicable Insurance Agreements Pursuant to Rule 26(a)(1)(A)(iv)

Not applicable.

Discovery is ongoing, and the District reserves the right to supplement these initial disclosures with responsive, non-privilege information later obtained.

DATE: February 18, 2020                        Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

*/s/ Denise Katz-Prober*
DENISE KATZ-PROBER [1013442]
Assistant Attorney General
441 4th Street, N.W., Suite 630 South
Washington, DC 20001
(p) (202) 724-5375
(f) (202) 741-0445
(e) denise.katz-prober@dc.gov

*Counsel for Defendant District of Columbia*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant District of Columbia's Rule 26 Initial Disclosures was served on February 18, 2020 via electronic mail upon counsel of record for Plaintiff, John J. Yannone, Esq. at john@pricebenowitzlaw.com, and upon counsel of record for Defendant United States of America, Brian J. Field, Esq., at Brian.Field@usdoj.gov.


/s/ *Denise Katz-Prober*
DENISE KATZ-PROBER