## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA & DISTRICT OF COLUMBIA,<br><br>*Defendants.* | 1:19-cv-01746-JEB |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of said Court will please WITHDRAW the appearance of Denise Katz-Prober and ENTER the appearance of Benjamin E. Bryant as lead counsel for Defendant the District of Columbia in the above-captioned case.

March 23, 2020

Respectfully submitted

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MICHAEL K. ADDO
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV
441 Fourth Street, NW, Suite 630 South
Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

Counsel for Defendant the District of Columbia