# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants.* | 1:19-cv-01746 (JEB) |

## DEFENDANTS MOTION TO EXTEND THE SCHEDULING ORDER

Defendant the District of Columbia (the District) moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCvR 7(m), to enlarge the entire scheduling order in this matter by ninety days.

The basis for this Motion is provided in the accompanying brief. Also attached is a proposed Order.

July 16, 2020

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV

        441 Fourth Street, NW, Suite 630 South
Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

/s/ *John J. Bardo*
JOHN J. BARDO [1655534]
Assistant Attorney General
441 4th Street, NW, Suite 630 South
Washington, DC  20001
202-724-6534 (phone)
John.Bardo@dc.gov

*Counsel for defendant*

## LCvR 7(m) Certification

I hereby certify that the undersigned contacted Plaintiff's Counsel via email prior to filing this motion. Plaintiff does not object to the relief sought herein. Undersigned counsel also contacted Co-Defendant's Counsel and Co-Defendant Consents.

        */s/ John J. Bardo*
        JOHN J. BARDO
        Assistant Attorney General

**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAHTAB ARSANJANI, *et al.*,  *Plaintiffs*,  v.  THE UNITED STATES OF AMERICA, *et al*.,  *Defendants.* | 1:19-cv-01746 (JEB) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND THE SCHEDULING ORDER**

Defendant the District of Columbia (the District) respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and LCvR 7(m), for an order enlarging the entire scheduling order by ninety days.

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specific time, the court may, for good cause, extend the time: (A) with or without motion or notice … or if a request is made, before the original time or its extension expires …." The District avers that the reasons set forth below constitute good cause to grant this motion. *See Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay").

Discovery is ongoing. The District will schedule Independent Medical Exam (IME) of Plaintiff and will designate additional experts as needed. The ongoing public health emergency has made it difficult to schedule the IME, and has complicated the various aspects of discovery, including but not limited to meetings with witnesses and scheduling depositions. The District

expects to receive Plaintiff's paper discovery answers shortly.  The District also plans to depose Plaintiff as well as Plaintiff's expert witnesses and may need to depose additional fact witnesses.

The District therefore requests that the scheduling order be amended as follows to allow for the completion of discovery:

| Event | Current deadline | Proposed deadline |
|---|---|---|
| Opponent's Expert Report | July 30, 2020 | October 28, 2020 |
| Rebuttal Expert Reports | August 17, 2020 | November 16, 2020 |
| Close of Discovery | September 18, 2020 | December 17, 2020 |

The District contends that neither the parties nor this Court will be prejudiced or inconvenienced by the granting of this motion.

## CONCLUSION

For the foregoing reasons, the District requests that the Court extend the scheduling order for ninety days.

July 16, 2020                               Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV
441 Fourth Street, NW, Suite 630 South

2

        Washington, D.C. 20001
        202-724-6652 (phone)
        202-730-0624 (fax)
        benjamin.bryant@dc.gov

        /s/ *John J. Bardo*
        JOHN J. BARDO [1655534]
        Assistant Attorney General
        441 4th Street, NW, Suite 630 South
        Washington, DC  20001
        202-724-6534 (phone)
        John.Bardo@dc.gov

        *Counsel for defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHTAB ARSANJANI, *et al.*,

    *Plaintiffs,*

v.                           1:19-cv-01746 (JEB)

THE UNITED STATES OF AMERICA, *et al.*,

    *Defendants.*

**<u>PROPOSED ORDER</u>**

Upon Consideration of Defendant's Motion to Extend and the entire record herein, it is this ___ day of _____, 2020 ORDERED that the Defendant's motion is GRANTED for the reasons stated therein.

SO ORDERED

                                                         _____

                                                         Hon. James E. Boasberg
                                                         United States District Court Judge