UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants.* | 1:19-cv-01746 (JEB) |

## DEFENDANTS MOTION TO ENLARGE FACT DISCOVERY

Defendant the District of Columbia (the District) moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LCvR 7(m), to enlarge fact discovery by ninety days.

The basis for this Motion is provided in the accompanying brief. Also attached is a proposed Order.

September 2, 2020                       Respectfully Submitted,

                                             KARL A. RACINE
                                             Attorney General for the District of Columbia

                                             CHAD COPELAND
                                             Deputy Attorney General
                                             Civil Litigation Division

                                             /s/ *Michael K. Addo*
                                             MICHAEL K. ADDO [1008971]
                                             Chief, Civil Litigation Division Section IV

                                             /s/ *Benjamin E. Bryant*
                                             BENJAMIN E. BRYANT [1047632]
                                             Assistant Attorney General
                                             Civil Litigation Division Section IV
                                             400 6th Street NW
                                             Washington, D.C. 20001

        202-724-6652 (phone)
        202-730-0624 (fax)
        benjamin.bryant@dc.gov

        /s/ *John J. Bardo*
        JOHN J. BARDO [1655534]
        Assistant Attorney General
        Civil Litigation Division, Section IV
        400 6th Street NW
        Washington, DC  20001
        202-724-6534 (phone)
        John.Bardo@dc.gov

        *Counsel for defendant*

## LCvR 7(m) Certification

I hereby certify that the undersigned contacted Plaintiff's Counsel via email prior to filing this motion.  All parties consent to the relief sought herein.

        /s/ *John J. Bardo*
        JOHN J. BARDO
        Assistant Attorney General

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants.* | 1:19-cv-01746 (JEB) |

## **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO EXTEND THE SCHEDULING ORDER**

Defendant the District of Columbia (the District) respectfully moves this Court, pursuant to Fed. R. Civ. P. 6(b)(1)(A), and LCvR 7(m), for an order enlarging fact discovery by ninety days. This is the second request for an extension of discovery. The first extension was granted on July 16, 2020 by Minute Order. However, that Minute Order was silent on the issue of extending fact discovery, and the Court has not previously extended fact discovery. It is unlikely any other deadlines will have to be modified if this Order is granted, and the Post-Discovery Status Conference will likely still be able to take place as scheduled on December 18, 2020.

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specific time, the court may, for good cause, extend the time: (A) with or without motion or notice … or if a request is made, before the original time or its extension expires …." The District avers that the reasons set forth below constitute good cause to grant this motion. *See Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay").

Discovery is ongoing. All outstanding paper discovery has been answered, and the

parties have tentatively agreed to depose Plaintiff on October 21, 2020. The District anticipates that more depositions may be necessary depending on Plaintiff's testimony. Fact discovery is scheduled to close on September 18, 2020, but the District asks that the Court amend the scheduling order to leave fact discovery for an additional 90 days, up to and including December 17, 2020.

The District contends that neither the parties nor this Court will be prejudiced or inconvenienced by the granting of this motion.

## CONCLUSION

For the foregoing reasons, the District requests that the Court extend fact discovery for ninety days, up to and including December 17, 2020.

September 2, 2020                                   Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV
400 Sixth Street NW
Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

/s/ *John J. Bardo*
JOHN J. BARDO [1655534]
Assistant Attorney General

                Civil Litigation Division, Section IV
                400 Sixth Street NW
                Washington, DC  20001
                202-724-6534 (phone)
                John.Bardo@dc.gov

*Counsel for defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI, *et al.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants.* | 1:19-cv-01746 (JEB) |

**PROPOSED ORDER**

Upon Consideration of Defendant's Motion to Extend Fact Discovery and the entire record herein, it is this ___ day of _____, 2020 ORDERED that the Defendant's motion is GRANTED for the reasons stated therein.

Fact Discovery shall close on December 17, 2020.

SO ORDERED

_____
Hon. James E. Boasberg
United States District Court Judge