**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MAHTAB ARSANJANI, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 19-01746 (JEB) |
| UNITED STATES OF AMERICA, et al., | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>CERTIFICATE REGARDING DISCOVERY</u>**

I HEREBY CERTIFY that on this 14th day of September, 2020, a copy of the Plaintiff's First Set of Interrogatories to Defendant District of Colombia, a copy of the Plaintiff's First Set of Requests for Production of Documents to Defendant District of Columbia, Plaintiff's First Set of Interrogatories to Defendant United States of American, a copy of the Plaintiff's First Set of Requests for Production of Documents to Defendant United States of America were mailed first class postage pre-paid to:

Brian J. Field, Esq.
555 Fourth Street, NW
Washington, DC 20530
*Attorney for Defendant United States*

Benjamin E. Bryant, Esq.
John Bardo, Esq.
400 6th Street, NW Suite
Washington, DC 20001
*Attorneys for Defendant District of Columbia*

1

Respectfully submitted,

**PRICE BENOWITZ, LLP**

**/s/ John J. Yannone**
John J. Yannone, Esq. (DC Bar #452458)
Arren T. Waldrep, Esq. (DC Bar #999861)
409 7th Street, NW, Suite 200
Washington, D.C. 20004
(202) 417-6000
(301) 244-6659 (f)
John@Pricebenowitzlaw.com
Arren@Pricebenowitzlaw.com
*Attorneys for Plaintiff*