
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI,<br><br>               *Plaintiff,*<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>               *Defendants.* | Civil Action No.: 19-1746 (JEB) |

## FEDERAL DEFENDANT'S MOTION FOR
## EXTENSION OF TIME TO COMPLETE DISCOVERY

Pursuant to Federal Rule of Civil Procedure 6(b), the United States respectfully requests that the Court extend the current discovery schedule in this matter. As set forth below, there is good cause to grant the requested extension. The Parties have conferred and Plaintiff, as well as Defendant District of Columbia, consents to the requested relief.

In this case, fact discovery is currently scheduled to end by December 17, 2020. *See* Min. Order (Sept. 2, 2020). The United States does not request any extension of that deadline. Rather, the United States respectfully requests that the Court extend the current expert discovery deadlines so that the Parties may complete fact discovery before proceeding to expert discovery. At present, the next round of expert reports are due by October 28, 2020, and rebuttal reports are due by November 16, 2020. *See id.* The Parties are currently engaged in written discovery, where the Defendants are in the process of responding to the discovery requests that Plaintiff served on September 14, 2020. Thereafter, the Parties anticipate proceeding to depositions in early-November.

To allow the fact discovery process to conclude before expert discovery, the United States respectfully requests that the Court extend the current expert discovery deadlines by two months. Indeed, the United States anticipates that its experts will need to review a transcript from Plaintiff's deposition before completing their reports. Accordingly, the United States requests that the Court enter the following discovery schedule: (1) fact discovery shall still conclude by December 17, 2020; (2) opponent's expert reports shall be served by December 28, 2020; (3) rebuttal reports shall be served by January 18, 2021; and (4) expert discovery shall be completed by February 16, 2021. Further, the United States respectfully requests that the Court vacate the current December 18, 2020 post-discovery status conference and reschedule that status conference for a date after February 16, 2021, that is convenient for the Court.

October 13, 2020                                  Respectfully submitted,

                                                  MICHAEL R. SHERWIN
                                                  Acting United States Attorney

                                                  DANIEL F. VAN HORN
                                                  D.C. Bar #924092
                                                  Chief, Civil Division

                                          By:    */s/ Brian J. Field*
                                                  BRIAN J. FIELD
                                                  D.C. Bar #985577
                                                  Assistant United States Attorney
                                                  555 4th Street, N.W.
                                                  Washington, D.C. 20530
                                                  Tel: (202) 252-2551
                                                  E-mail: Brian.Field@usdoj.gov

<div align="center">

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

</div>

| | |
|---|---|
| MAHTAB ARSANJANI, *Plaintiff,* v. UNITED STATES OF AMERICA, *et al.*, *Defendants.* | Civil Action No.: 19-1746 (JEB) |

<div align="center">

**[PROPOSED] ORDER**

</div>

Upon consideration of the Federal Defendant's Motion for Extension of Time to Complete Discovery, and the entire record herein, it is hereby:

**ORDERED** that the Federal Defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the following schedule shall govern the discovery process in this matter:

- Fact discovery shall conclude by December 17, 2020;
- Opponent's expert reports shall be served by December 28, 2020;
- Rebuttal reports shall be served by January 18, 2021; and
- Expert discovery shall be completed by February 16, 2021; and it is

**FURTHER ORDERED** that the December 18, 2020 post-discovery status conference is **VACATED** and rescheduled for _____.

**SO ORDERED**.

_____          _____
Date                                              United States District Judge