UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil Action No.: 19-01746 (JEB) |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure ("Rule") 26(c), the Parties respectfully request entry of the attached Stipulated Protective Order to protect from public disclosure documents and information exchanged in discovery or otherwise in this matter that may be designated as protected by counsel for either party.

This is an action in which Plaintiff advances tort claims against Defendants United States of America and the District of Columbia (collectively, "Defendants"). The Parties have reason to believe that certain material in this case, including information to be exchanged in discovery and information that may become evidence in this case, is protected by contract, the Privacy Act of 1974, the Health Insurance Portability and Accountability Act ("HIPAA"), or otherwise may be deserving of protection from public disclosure. Accordingly, a protective order will facilitate the Parties' efforts to access all relevant material without violating the privacy interests of the parties or other individuals mentioned in the covered materials.

Rule 26(c) permits a party to move for a protective order to, among other things, require that protected or private information be revealed only in a specific way. *See* Fed. R. Civ. P. 26(c)(1)(G). Entry of a protective order allows the Parties to produce information and records

that are protected by the Privacy Act and/or would constitute a potential invasion of the privacy if disclosed publicly.

Accordingly, the Parties respectfully request that the Court enter the accompanying Protective Order.

December 1, 2020                                         Respectfully submitted,

*/s/ John J. Yannone*
John J. Yannone, Esq.
John@PriceBenowitzlaw.com
Arren T. Waldrep, Esq.
Arren@PriceBenowitzlaw.com
Price Benowitz, LLP
409 7th Street, NW, Suite #200
Washington, D.C. 20004
Phone: (202) 417-6015
Fax: (301) 244-6659

*Attorneys for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN
D.C. Bar #924092
Chief, Civil Division

By:     */s/ Brian J. Field*
BRIAN J. FIELD
D.C. Bar #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendant United States*

s/ *Benjamin E. Bryant*
BENJAMIN E. BRYANT [1047632]
Assistant Attorney General
Civil Litigation Division Section IV
400 6th St. N.W.

Washington, D.C. 20001
202-724-6652 (phone)
202-730-0624 (fax)
benjamin.bryant@dc.gov

*Counsel for Defendant District of Columbia*