IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:19-CV-01746-JEB |
| ) | |
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

COMES NOW, Plaintiff Mahtab Arsanjani, by and through her attorneys, John J. Yannone, Arren T. Waldrep, and PRICE BENOWITZ, LLP, and hereby respectfully moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 6(b), to extend the current discovery schedule in this matter. As set forth below, there is good cause to grant the requested extension.

Currently, fact discovery is set to close in this matter on December 17, 2020. *See* Min. Order (Oct. 13, 2020). The Parties have recently completed written discovery and are currently actively engaged in depositions. As of the date of this Motion, the Parties have deposed four fact witnesses, including, Plaintiff Mahtab Arsanjani, Jeffrey Schneider, the Deputy Director and Grounds Manager of the Smithsonian Gardens, James Gagliardi, a Horticulturalist with the Smithsonian Gardens, and Jacob Hendee, the current Arborist with the Smithsonian Gardens. There are, however, several additional witnesses for which deposition scheduling remains ongoing. For instance, Plaintiff is currently attempting to contact two witnesses to the incident who were identified in Defendant United States' November 4, 2020 document production. For another witness, the Parties were only able to identify mutually agreeable deposition dates in January. And the Parties are discussing other individuals who Plaintiff may also wish to depose.

1

To allow for these depositions to be completed, Plaintiff respectfully requests that the Court extend the current discovery period by ninety days. As reflected below, the proposed extension also accounts for similar extensions of expert discovery, as the Parties believe it would be most efficient to complete fact discovery before fully proceeding to expert discovery.

The current Scheduling Order in this case, setting forth all discovery deadlines, is as follows, along with the proposed 90-day extension:

| Event | Current Deadline | Modified Deadline |
|---|---|---|
| Fact Discovery Completion | 12/17/2020 | 03/17/2021 |
| Opponents' Expert Reports Due | 12/28/2020 | 03/29/2021 |
| Proponent's Rule 26(a)(2) Report Due | 12/28/2020 | 03/29/2021 |
| Proponent's Rebuttal Expert Reports Due | 01/18/2021 | 04/19/2021 |
| Opponents' Rule 26(a)(2) Reports Due | 01/18/2021 | 04/19/2021 |
| Expert Discovery Completion | 02/16/2021 | 05/17/2021 |

Further, Plaintiff respectfully request that the Court vacate the current February 23, 2021 post-discovery status conference and reschedule it for a date after May 17, 2021, that is convenient for this Court.

WHEREFORE, Plaintiff Mahtab Arsanjani, by and through her attorneys, and with the consent of Defendants United States and DC, prays that this Honorable Court: (1) grant the foregoing Consent Motion for Extension of Time to Complete Discovery; (2) extend all current discovery deadline by ninety (90) days; (3) vacate the current post-discovery status conference set for February 23, 2021 and reschedule said post-discovery status conference for a date that is convenient for this Court, after Expert Discovery is completed on the proposed modified deadline of May 17, 2021; and, (4) for such other and further relief as this Court deems necessary and proper.

December 15, 2020

Respectfully Submitted,

By:   /s/ John J. Yannone_____
    John J. Yannone, Esq. (DC Bar # 452458)
    Arren T. Waldrep, Esq. (DC Bar # 999861)
    Price Benowitz, LLP
    409 7th Street, NW, Suite 200
    Washington, D.C. 20004
    (202) 417-6000 (p)
    (301) 244-6659 (f)
    john@Pricebenowitzlaw.com
    arren@Pricebenowitzlaw.com
    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of December, 2020, a true and accurate copy of the foregoing was served electronically via the DC ECF court filing system and via email to:

Brian J. Field, Esq.
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2551 (p)
Brian.Field@usdoj.gov
*Attorney for Defendant United States of America*

Benjamin E. Bryant, Esq.
John J. Bardo, Esq.
400 6th Street, NW
Washington, DC 20001
(202)-724-6534 (p)
benjamin.bryant@dc.gov
john.bardo@dc.gov
*Attorneys for Defendant District of Columbia*

                                                      _/s/_John J. Yannone_____
                                                      John J. Yannone, Esq.