IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:19-CV-01746-JEB |
| ) | |
| UNITED STATES OF AMERICA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to Complete Discovery, and the entire record herein, it is hereby:

**ORDERED** that the Consent Motion for Extension of Time to Complete Discovery is **GRANTED**; and it is further,

**ORDERED** that all current discovery deadlines are extended by ninety (90) days, and that the following schedule shall govern the discovery process in this matter:

| **Event** | **Deadline** |
|---|---|
| Fact Discovery Completion | 03/17/2021 |
| Opponents' Expert Reports Due | 03/29/2021 |
| Proponent's Rule 26(a)(2) Report Due | 03/29/2021 |
| Proponent's Rebuttal Expert Reports Due | 04/19/2021 |
| Opponents' Rule 26(a)(2) Reports Due | 04/19/2021 |
| Expert Discovery Completion | 05/17/2021 |

Additionally, it is further;

**ORDERED** that the February 23, 2021 post-discovery status conference is hereby **VACATED** and is rescheduled for _____.

**SO ORDERED**.

_____          _____
Date                                            United States District Judge

1

Copies to:

John J. Yannone, Esq.
Arren T. Waldrep, Esq.
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
john@Pricebenowitzlaw.com
arren@Pricebenowitzlaw.com
*Attorneys for Plaintiff*

Brian J. Field, Esq.
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
Brian.Field@usdoj.gov
*Attorney for Defendant United States of America*

Benjamin E. Bryant, Esq.
John J. Bardo, Esq.
Assistant Attorneys General
Civil Litigation Division Section IV
400 6th Street, NW
Washington, DC 20001
benjamin.bryant@dc.gov
john.bardo@dc.gov
*Attorneys for Defendant District of Columbia*