**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

MAHTAB ARSANJANI,

Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

Case No.: 1:19-CV-01746-JEB

**ORDER**

Upon consideration of the Consent Motion for Extension of Time to Complete Discovery, and the entire record herein, it is hereby:

**ORDERED** that the Consent Motion for Extension of Time to Complete Discovery BE and HEREBY is **GRANTED**; and it is further,

**ORDERED** that all current discovery deadlines are extended by ninety (90) days, and that the following schedule shall govern the discovery process in this matter:

| **Event** | **Deadline** |
|---|---|
| Fact Discovery Completion | 06/15/2021 |
| Opponents' Expert Reports Due | 06/27/2021 |
| Proponent's Rule 26(a)(2) Report Due | 06/27/2021 |
| Proponent's Rebuttal Expert Reports Due | 07/17/2021 |
| Opponents' Rule 26(a)(2) Reports Due | 07/17/2021 |
| Expert Discovery Completion | 08/15/2021 |

Additionally, it is further;

**ORDERED** that the May 21, 2021 post-discovery status conference is hereby **VACATED** and is rescheduled for ________________________________________.

**SO ORDERED**.

_____________
Date

______________________________________
United States District Judge

Copies to:

John J. Yannone, Esq.
Arren T. Waldrep, Esq.
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
john@Pricebenowitzlaw.com
arren@Pricebenowitzlaw.com
*Attorneys for Plaintiff*

and

Brian J. Field, Esq.
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
Brian.Field@usdoj.gov
*Attorney for Defendant United States of America*

and

Benjamin E. Bryant, Esq.
John J. Bardo, Esq.
Assistant Attorneys General
Civil Litigation Division Section IV
400 6th Street, NW
Washington, DC 20001
benjamin.bryant@dc.gov
john.bardo@dc.gov
*Attorneys for Defendant District of Columbia*