UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   *Defendants*. | Civil Action No. 19-1746 (JEB) |

## NOTICE OF SUBSTITUTION OF APPEARANCE

Defendants request that the Clerk of the Court please withdraw the appearance of former Assistant United States Attorney Brian J. Field and enter the appearance of Assistant United States Attorney Stephanie R. Johnson as counsel for Defendants in the above-captioned case.

Dated:  June 1, 2021

                Respectfully submitted,

                */s/ Stephanie R. Johnson*
                STEPHANIE R. JOHNSON
                D.C. Bar # 1632338
                Assistant United States Attorney
                United States Attorney's Office
                Civil Division
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7874
                Stephanie.Johnson5@usdoj.gov