**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAHTAB ARSANJANI, | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | :   Civil Action No.: 19-1746 (JEB) |
| | : |
| UNITED STATES OF AMERICA, *et al.*, | : |
| | : |
|    Defendants. | : |

<u>NOTICE OF APPEARANCE</u>

The Clerk of the Court will please enter the appearance of Arren T. Waldrep, Esq. as counsel for the Plaintiff. Please note that John J. Yannone, Esq. and Price Benowitz, LLP shall also remain as counsel for the Plaintiff.

        Respectfully submitted,

        PRICE BENOWITZ, LLP

        By:  /s/ *Arren T. Waldrep*_____
        Arren T. Waldrep, Esq. (DC Bar #999861)
        John J. Yannone, Esq. (DC Bar #452458)
        409 7th Street, NW, Suite 200
        Washington, DC 20004
        (202) 417-6000
        (301) 244-6659 (f)
        arren@pricebenowitzlaw.com
        john@pricebenowitzlaw.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 29th day of September, 2021, a copy of the foregoing Notice of Appearance was forwarded electronically, through the ECF Court Filing System to:

Stephanie R. Johnson, Esq.
Assistant United States Attorney
United States Attorney's Office
District of Columbia
555 Fourth Street, NW
Washington, DC 20530
Stephanie.johnson5@usdoj.gov

Benjamin Bryant, Esq.
Office of the Attorney General for
the District of Columbia
400 6th Street, NW
Washington, DC 20001
Benjamin.bryant@dc.gov

                                                    */s/ Arren T. Waldrep*
                                                    Arren T. Waldrep, Esq.