UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 19-1746 (JEB) |

## MEDIATION REFERRAL ORDER

As agreed by the parties, the Court ORDERS that:

1. This matter is referred for mediation to commence December 9, 2021;

2. Upon receipt of this Order, counsel shall contact the Court's Alternative Dispute Resolution Program at (202) 216-7350;

3. The Clerk of the Court shall promptly furnish a copy of this Order to the Circuit Executive, who shall designate a mediator;

4. Counsel and the parties, including persons with settlement authority, shall attend each mediation session, unless the mediator otherwise provides;

5. Mediation shall conclude by February 15, 2022; and

6. The parties shall submit a joint status report by February 15, 2022.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: December 9, 2021