**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MAHTAB ARSANJANI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 19-1746 (JEB) |
| : | |
| UNITED STATES OF AMERICA, *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## JOINT STATUS REPORT

COMES NOW, Plaintiff Mahtab Arsanjani, by and through his undersigned counsel, John J. Yannone, Arren T. Waldrep, and PRICE BENOWITZ, LLP, Defendant United States of America, by and through its undersigned counsel, Stephanie R. Johnson, and Defendant District of Columbia, by and through its undersigned counsel, Benjamin E. Bryant and John Bardo, and hereby submits this Joint Status Report:

1. This matter arises out of an incident which occurred on June 19, 2016 at approximately 3:00 PM, when a large branch of a tree fell on Plaintiff while he was walking on the sidewalk of Constitution Avenue, NW, at or near its intersection with 9th Street, NW.

2. The Complaint in this matter was timely filed on June 14, 2019.

3. On December 9, 2021 at 10:00 AM, a Status Conference was held between the Parties and this Court.

4. On that same date, this Court referred the Parties to the Court's mediation program, stayed the case pending the resolution of the mediation program, and ordered the submission of this Joint Status Report by February 15, 2022.

5. The Parties are still in active settlement negotiations despite having undergone mediation.

6. As mediation has failed, the only pending discovery event which will need to be completed will be expert depositions.

7. Currently, expert discovery has been vacated per this Court's order on December 2, 2021 pending mediation.

8. As mediation has failed, this Court should set a new deadline for the completion of expert depositions to be completed in 60 days.

                                               Respectfully Submitted,

By: */s/ John J. Yannone*
John J. Yannone, Esq. (DC Bar # 452458)
Arren T. Waldrep, Esq. (DC Bar # 999861)
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
(202) 417-6000 (p)
(301) 244-6659 (f)
john@Pricebenowitzlaw.com
arren@Pricebenowitzlaw.com
*Attorneys for Plaintiff*

By: */s/ Stephanie R. Johnson*
Stephanie R. Johnson, Esq. (DC Bar # 1632338)
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 252-7874 (p)
Stephanie.johnson5@usdoj.gov
*Attorney for Defendant United States of America*

By: */s/ Benjamin E. Bryant*
Benjamin E. Bryant, Esq. (DC Bar # 1047632)
Assistant Attorney General
Civil Litigation Division Section IV
400 6th Street NW
Washington, DC 20001
(202) 717-1269 (p)
(202) 730-0624 (f)
Benjamin.bryant@dc.gov
*Attorney for Defendant District of Columbia*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 15th day of February, 2022, a true copy of the foregoing was served electronically through the ECF Court Filing System to:

Stephanie R. Johnson, Esq.
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 252-7874 (p)
Stephanie.johnson5@usdoj.gov
*Attorney for Defendant United States of America*

Benjamin E. Bryant, Esq.
Assistant Attorney General
Civil Litigation Division Section IV
400 6th Street NW
Washington, DC 20001
(202) 717-1269 (p)
(202) 730-0624 (f)
Benjamin.bryant@dc.gov
*Attorney for Defendant District of Columbia*

                */s/ John J. Yannone*
                 John J. Yannone, Esq.