UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA and THE DISTRICT OF COLUMBIA,<br><br>*Defendants.* | Civil Action No. 19-1746 (JEB) |

### THE UNITED STATES OF AMERICA'S CONSENT MOTION TO MODIFY AND EXTEND THE REMAINING DEADLINES IN THE SCHEDULING ORDER

Pursuant to 6(b)(1)(A) and 16(b) of the Federal Rules of Civil Procedure ("Rule"), Defendant the United States of America (the "United States"), by and through undersigned counsel, respectfully moves to extend the remaining deadlines in the scheduling order and vacate and reschedule the post-discovery conference. In support of the instant motion, the United States respectfully states the following good cause:

1. Plaintiff alleges that on June 19, 2016, at approximately 3:00 pm, she was struck by tree branch while walking on the sidewalk located on Constitution Avenue, NW, at or near its intersection with 9th Street, NW, Washington, DC. *See generally* Am. Compl.

2. Expert discovery closes on July 19, 2022, and the status conference is scheduled for July 20, 2022, at 10:30 a.m. *See* May 20, 2022, Minute Order. The United States respectfully requests an extension of time of the remaining deadlines in the scheduling order, and this is approximately the sixth request to complete expert discovery.

3. There is good cause for granting this motion. *See, e.g.*, *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay").

The parties have been actively and diligently engaged in expert discovery. Specifically, Plaintiff appeared for an independent medical exam, and the parties have exchanged Rule 26 Reports and deposed the United States' expert. Due to the attorneys' busy schedules, the parties need additional time to complete Plaintiff's expert's deposition. The parties have agreed to hold the deposition on July 27, 2022.

4. In light of the above, the United States seeks to modify the deadlines in the Court's May 20, 2022, Minute Order and extend all remaining deadlines, with the parties' consent, by approximately 10 days. The United States proposes the following schedule:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
| --- | --- | --- |
| **Close of Expert Discovery** | July 19, 2022 | July 29, 2022 |
| **Status Conference** | July 20, 2022, at 10:30 a.m. | August 1, 2022, at 10:30 a.m. or date determined by the Court |

5. Under Rule 6(b), "the court may, for good cause shown, extend the time: (A) with . . . motion . . . . or if a request is made, before the original time or its extension expires[.]" Pursuant to Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent." The United States has shown good cause for the requested extension.

6. Pursuant to Local Civil Rule 7(m), undersigned conferred with the attorneys and Plaintiff and the District of Columbia, through counsel, graciously consent to the requested relief. Consequently, the requested extension would not prejudice Plaintiff or the District of Columbia or interfere with the fair administration of justice.

Based on the foregoing reasons, the United States respectfully requests that the Court grant this motion to modify the scheduling order and extend the deadline to complete expert discovery and all remaining deadlines by approximately 10 days. A proposed order is attached.

Dated: July 6, 2022                     Respectfully submitted,

                                        MATTHEW M. GRAVES, D.C. Bar # 481052
                                        United States Attorney

                                        BRIAN P. HUDAK,
                                        Chief, Civil Division

                                        */s/ Stephanie R. Johnson*
                                        STEPHANIE R. JOHNSON
                                        D.C. Bar # 1632338
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        Civil Division
                                        601 D Street, N.W.
                                        Washington, D.C. 20530
                                        Stephanie.Johnson5@usdoj.gov

                                        *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHTAB ARSANJANI,

       *Plaintiff,*

v.

UNITED STATES OF AMERICA and THE DISTRICT OF COLUMBIA,

       *Defendants.*

Civil Action No. 19-1746 (JEB)

### **[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion to Modify and Extend the Remaining Deadlines in the Scheduling Order and the entire record in this matter, it is hereby:

**ORDERED** that Defendant's Motion is GRANTED;

**ORDERED** that expert discovery shall close on July 29, 2022; and it further

**ORDERED** that the parties shall appear for a status conference in Telephonic/VTC on _____, 2022 at _____

Dated this ___ day of _____, 2022.

                                                                James E. Boasberg
                                           UNITED STATES DISTRICT JUDGE