UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Civil Action No. 19-1746 (JEB) |

### DEFENDANT UNITED STATES OF AMERICA'S CONSENT MOTION FOR AN EXTENSION TO FILE ITS MOTION FOR SUMMARY JUDGMENT AND MODIFY THE BRIEFING SCHEDULE

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant United States of America ("United States"), by and through undersigned counsel, respectfully moves for an extension of time, to and through November 21, 2022, to file its motion for summary judgment and to modify the briefing schedule. Pursuant to Local Civil Rule 7(m), undersigned counsel for the United States conferred with Plaintiff and the District and the parties, through counsel, graciously consent to the extension. The grounds for this motion are set forth below:

1. On June 19, 2016, at approximately 3:00 p.m., Plaintiff alleges she was struck by a tree branch while walking on the sidewalk located at Constitution Avenue, NW, at or near its intersection with 9th Street, NW, in the District of Columbia. *See* ECF No. 1, Compl. Defendants motion for summary judgement is currently due on October 21, 2022. *See* Aug. 22, 2022, Min. Or. The United States request an extension of time, to and through November 21, 2022, to file its motion for summary judgment and this is the United States' first request for additional time.

2. There is good cause for granting this motion. *See, e.g, Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay").

Unfortunately, the demands of undersigned counsel's docket of active cases have prevented undersigned counsel from completing the research and consultation with the Smithsonian counsel and supervising Assistant United States Attorneys necessary for finalizing the motion papers. Consequently, Defendant respectfully requests a reasonable amount of additional time, in light of undersigned counsel's busy schedule, to and through November 21, 2022, to confer with supervising Assistant United States Attorneys and the Smithsonian counsel and finalize the motion papers. Also, additional time is needed so that the undersigned counsel and the Smithsonian counsel can submit any draft motion to their perspective supervisors for review prior to filing it with the Court

      3.      Pursuant to Local Civil Rule 7(m), undersigned conferred with the parties and the parties, through counsel, graciously consent to the requested relief.  Consequently, the requested extension would not prejudice either party.  Also, since the proposed extension would affect the briefing schedule, although not significantly, the United States proposes, with the parties' consent, the following briefing schedule:

- The United States will file its motion for summary judgment on or before November 21, 2022;

-  Plaintiff will file her opposition to the District's and the United States' motion for summary judgment on or before January 5, 2023; and

- Defendants will file their reply to Plaintiff's opposition on or before January 20, 2023.

Based on the forgoing reasons, the United States respectfully requests an extension of time, to and through November 21, 2022, to file its motion for summary judgment and that the Court modify the remainder of the briefing schedule to the dates specified above.  A proposed order is attached.

Dated: October 20, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK,
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHTAB ARSANJANI,

    *Plaintiff,*

v.

UNITED STATES OF AMERICA, *et al.*,

    *Defendants*.

Civil Action No. 19-1746 (JEB)

### [PROPOSED] ORDER

Upon consideration of Defendant United States of America's Consent Motion for Extension of Time to File Its Motion for Summary Judgment and to Modify the Briefing Schedule and the entire record in this matter, it is hereby:

**ORDERED** that Defendant's Consent Motion is **GRANTED**; and it is further

**ORDERED** that the following schedule shall govern:

- Defendant District of Columbia shall file its motion on October 21, 2022;
- Defendant United States of America shall file its motion for summary judgment on or before November 21, 2022;
- Plaintiff will file her opposition to Defendants' motion for summary judgment on or before January 5, 2023; and
- Defendants will file their reply to Plaintiff's opposition on or before January 20, 2023.

SO ORDERED.

Dated this ___ day of _____, 2022

_____
James E. Boasberg
UNITED STATES DISTRICT JUDGE