UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHTAB ARSANJANI,

                    *Plaintiff*,

            v.                                    Civ. A. No. 19-01746 (JEB)

UNITED STATES OF AMERICA, *et al.*

                    *Defendants*.

## ERRATA

Defendant, the United States of America, respectfully submits the following errata, along with the attachment to be filed in place of pages 1 and 2 of its motion for summary judgment, ECF No. 43.  On page 2, undersigned counsel inadvertently listed her previous office address, "555 4th Street, N.W., Washington, D.C. 20530."  The correct address is "601 D Street, N.W., Washington, D.C. 20530."

Dated:  November 21, 2022          Respectfully submitted,

                              MATTHEW M. GRAVES
                              D.C. Bar No. 481052
                              United States Attorney

                              BRIAN P. HUDAK
                              Chief, Civil Division

                               */s/ Stephanie R. Johnson*
                              STEPHANIE R. JOHNSON
                              D.C. Bar No. 1632338
                              Assistant United States Attorney
                              601 D Street, N.W.
                              Washington, D.C. 20530
                              (202) 252-7874
                              Stephanie.Johnson5@usdoj.gov

                              *Counsel for Defendant United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI,<br><br>     *Plaintiff*,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>     *Defendants*. | Civ. A. No. 19-01746 (JEB) |

**DEFENDANT UNITED STATES OF AMERICA'S**
**<u>MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 56, Defendant United States of America hereby respectfully moves for summary judgment as the record in this case shows there is no genuine dispute of any material fact that exists as to the negligence claim made by Plaintiff Mahtab Arsanjani.  In support of this Motion, Defendant respectfully refers the Court to the accompanying Memorandum of Points and Authorities, Statement of Material Facts, and Exhibits.  A proposed order is also attached.

*   *   *

Dated:  November 21, 2022

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

 /s/ Stephanie R. Johnson
STEPHANIE R. JOHNSON
D.C. Bar No. 1632338
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Counsel for Defendant United States of America*