UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAHTAB ARSANJANI, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> THE UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | 1:19-cv-01746 (JEB) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk will kindly WITHDRAW the appearance of Assistant Attorney General John J. Bardo and ENTER the appearance of Assistant Attorney General Sarah T. Abutaleb, as counsel for the Defendants.

December 2, 2022

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Acting Deputy Attorney General
Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Assistant Attorney General
Chief, Civil Litigation Division Section IV

/s/ *Sarah T. Abutaleb*
SARAH T. ABUTALEB [1779979]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
202-724-6611 (phone
sarah.abutaleb@dc.gov

Counsel for Defendant the District of Columbia